IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE:  CHAPTER 13 PROCEEDINGS

JOHN ANTHONY CANEZ  CASE NO.: 13-bk-08441-SHG
CYNTHIA V CANEZ

DEBTORS

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Dianne C. Kerns files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:** **WELLS FARGO HOME MORTGAGE**

**Court Claim Number:** **8**

**Account Number:** **1691 / WFCMPP1308441AZM42591691 (HOME ARREARS)**

| Final Cure Amount |
|---|
| Amount of Prepetition Arrears: **$4,818.85** |
| Amount paid by Trustee: **$4,818.85** |

| Monthly Ongoing Mortgage Payment |
|---|
| **The mortgage has been paid through the Chapter 13 Plan. Now that the plan is complete, it is the Debtors' responsibilty to resume making ongoing mortgage payments. The last payment was made by the the Trustee on 05/01/2018** |

Within 21 days of the service of this notice, the creditor must file and serve same on the Debtors, Debtors' Counsel, and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(e), a statement indicating whether it agrees that the Debtors have paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the Debtors are otherwise current on all payments or be subject to further action of the court, including possible sanctions.

Dated: May 08, 2018

/s/ Dianne C. Kerns 011557

Dianne C. Kerns, Esq.
Chapter 13 Trustee

CASE NO.: 13-bk-08441-SHG

Copy of the foregoing electronically filed with U.S. Bankruptcy Court this May 08, 2018
and mailed to the following parties:

JOHN ANTHONY CANEZ
7501 N ETHAN ALLAN PL
TUCSON, AZ 85741

CYNTHIA V CANEZ
412 W OHIO ST
TUCSON, AZ 85714

WELLS FARGO HOME MORTGAGE
ONE HOME CAMPUS
X2302-041
DES MOINES, IA 50306

WELLS FARGO BANK
ATTN:BANKRUPTCY DEPT
4101 WISEMAN BLVD MAC#T7416-023
SAN ANTONIO TX 78251

Prepared by Andrea Hopkins